IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SARAH ASHKENAZI, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>-v-<br><br>**AFFILIATE ASSET SOLUTIONS, LLC,**<br><br>Defendants. | **Civil Case Number: 3:21-cv-10244-FLW-DEA** |

### DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' March 21, 2022 Stipulation of Dismissal, all claims asserted against Defendants in Civil Action No. **3:21-cv-10244-FLW-DEA**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action

**SO ORDERED THIS** 22nd **day of March 2022.**

/s/ Freda L. Wolfson
HONORABLE FREDA L. WOLFSON
CHIEF UNITED STATES DISTRICT JUDGE